IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ, et al., | CASE NO. CV F 10-1370 LJO MJS |
| Plaintiffs, | **JUDGMENT** |
| vs. | |
| CITY OF MODESTO, et al., | |
| Defendants. / | |

This Court's January 6, 2011 order dismissed plaintiffs' claims and directed the Court's clerk to enter judgment against plaintiffs and in favor of defendants. Although this Court clearly contemplated entry of judgment, the clerk inadvertently failed to enter judgment. As such, this Court nunc pro tunc ENTERS judgment, effective January 6, 2011, and against plaintiffs Miguel Rodriguez, Charisse Fernandez and Adrian Alizaga and in favor of defendants City of Modesto, Roy Wasden, Ron Cloward, John Buehler, Jeff Spruiell, James Murphy, Ronald Ziya, Mark Fontes and Kalani Souza.

IT IS SO ORDERED.

**Dated:   February 24, 2011**                       /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE