1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

9

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   MIGUEL RODRIGUEZ, et al.,                    CASE NO. CV F 10-1370 LJO MJS

12                      Plaintiffs,               **ORDER TO FILE PAPERS TO
                                                  OPPOSE/RESPOND TO PLAINTIFFS'**

13              vs.                               **F.R.Civ.P. 60(b) MOTION**
                                                  (Doc. 27.)

14   CITY OF MODESTO, et al.,

15                      Defendants.

16   _____/

17          The Ninth Circuit Court of Appeals has ordered a limited remand for this Court to consider

18   plaintiffs' F.R.Civ.P. 60(b) motion for relief of judgment.  As such, this Court ORDERS:

19          1.      Defendants, no later than June 1, 2011, to file papers to oppose or respond to plaintiffs'

20                  F.R.Civ.P. 60(b) motion; and

21          2.      Plaintiffs to file no reply papers, unless this Court orders otherwise.

22   Pursuant to its practice, this Court will consider plaintiffs' F.R.Civ.P. 60(b) motion on the record without

23   a hearing.

24
25
26          IT IS SO ORDERED.

27   **Dated:    May 17, 2011**                    /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

28

1