UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ, et al., | CASE NO. CV F 10-1370 LJO MJS |
| Plaintiffs, | **ORDER TO FILE SECOND AMENDED COMPLAINT** <br> (Doc. 38.) |
| vs. | |
| CITY OF MODESTO, et al., | |
| Defendants. | |
| _____/ | |

Given the Ninth Circuit Court of Appeals' mandate and remand, this Court ORDERS plaintiffs, no later than September 25, 2013, to file and serve a Second Amended Complaint consistent with the Ninth Circuit's August 2, 2013 decision and which omits the properly dismissed false arrest and *Monell* claims.

IT IS SO ORDERED.

Dated: **August 28, 2013**                                **/s/ Lawrence J. O'Neill**
                                                                          UNITED STATES DISTRICT JUDGE

1