UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ, et al., | CASE NO. CV F 10-1370 LJO MJS |
| Plaintiffs, | **ORDER TO FILE RESPONSE TO SECOND AMENDED COMPLAINT** (Doc. 40.) |
| vs. | |
| CITY OF MODESTO, et al., | |
| Defendants. | |

_____/

Given plaintiff's September 25, 2013 filing of their Second Amended Complaint, this Court ORDERS defendants, no later than October 17, 2013, to file and serve a response to the Second Amended Complaint.

IT IS SO ORDERED.

Dated: **September 26, 2013**         **/s/ Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE

1