UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL RODRIGUEZ and CHARISSE FERNANDEZ,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF MODESTO, a municipal corporation; RON CLOWARD, Lieutenant; JOHN BUEHLER, Sergeant; JAMES MURPHY, RONNY ZIYA, MARK FONTES and KALANI SOUZA, Police Officers, in their individual and official capacities; and Does 1 through 10,<br><br>　　　　　Defendants. | Case No:  10-cv-01370 LJO MJS<br><br>**ORDER RE REQUEST TO CONTINUE FOR THE OPPOSITION DUE DATE RE MOTION FOR SUMMARY JUDGMENT.** |

　　　　Having considered Defendants' request for an extension of time to file an opposition to Plaintiffs' motion for summary judgment, Doc. 71, and Plaintiffs' opposition thereto, Doc. 72, the Court finds there is good cause for a brief extension, not the two-week extension requested by Defendants. Accordingly, the Court hereby continues the deadline for the filing of Defendants' opposition to Plaintiffs' motion for summary judgment to **February 26, 2015**. In the interest of fairness, Plaintiffs' reply deadline is continued to **March 10, 2015**. In addition, the hearing on the motion for summary judgment is VACATED and the matter will be taken under submission on the papers pursuant to Local Rule 230(g) upon the expiration of the reply deadline.  The Court will endeavor to issue a ruling as soon as possible after any reply is filed and does not anticipate any prejudicial delay.

IT IS SO ORDERED.

　　Dated:　**February 19, 2015**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE