1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MIGUEL RODRIGUEZ and CHARISSE FERNANDEZ, | Case No: 10-cv-01370 LJO MJS |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL OF ALL CLAIMS** |
| v. | |
| CITY OF MODESTO, a municipal corporation; RON CLOWARD, Lieutenant; JOHN BUEHLER, Sergeant; JAMES MURPHY, RONNY ZIYA, MARK FONTES and KALANI SOUZA, Police Officers, in their individual and official capacities; and Does 1 through 10, | |
| Defendants. | |

# STIPULATION

The parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties have reached a collective settlement on all issues raised in this matter. The terms of which are set forth in a written agreement.

2. The Parties seek to dismiss all claims presented in the Second Amended Complaint with prejudice pursuant to the terms of the respective settlement agreements, as more fully set forth within the Settlement Agreements and Releases executed by and between the Parties.

3. The terms of the settlement have been fully performed by issuance of a check in the amount of $165,000.00 (one hundred and sixty-five thousand and no cents), which Plaintiff has requested be made to "Miguel Rodriguez, Charisse Fernandez, Steven R. Yourke and John L. Burris" and was delivered to the Law Offices of Steven R. Yourke.

4. The parties wish to dismiss the entire action with prejudice.

WHEREFORE, the parties hereby stipulate and agree as follows:

1. The above-captioned case shall be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41.

2. Each side shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED:                              MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____
Blake P. Loebs
Attorneys for Defendants
CITY OF MODESTO, RON CLOWARD, JOHN BUEHLER, JAMES MURPHY, RONNY ZIYA, MARK FONTES and KALANI SOUZA

(Signatures continue on following page)

1  DATED:                                    LAW OFFICE OF STEVEN R. YOURKE

                                             By: _____
                                             Steven R. Yourke
                                             Attorneys for Plaintiffs MIGUEL RODRIGUEZ
                                             and CHARISSE FERNANDEZ

   DATED:                                    LAW OFFICE OF JOHN BURRIS

                                             By: _____
                                             John L. Burris
                                             Attorneys for Plaintiffs MIGUEL RODRIGUEZ
                                             and CHARISSE FERNANDEZ

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties which is recited above.

IT IS FURTHER ORDERED that, pursuant to the same stipulation, as to each and every cause of action so dismissed pursuant to this stipulation and order, each party shall bear his, her or its own costs of litigation, including attorneys' fees.

IT IS SO ORDERED.

   Dated:  **July 24, 2015**               **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE